# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**ABM SECURITY SERVICES, INC.,**

        **Protestor,**

**v.**

**UNITED STATES,**

        **Defendant,**

**v.**

**COMMAND SECURITY
CORPORATION,**

        **Defendant-Intervenor.**

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

**No. 15-648C**
**Filed: July 9, 2015**

* * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the defendant's July 9, 2015, notice of correction action. After the filing, the court held a status conference with counsel for the protestor, defendant, and intervenor.  As discussed at the status conference, given the need for the contracting officer to conduct a best value determination, the court believes dismissal, rather than a stay in the briefing schedule is appropriate.  Therefore, the claims in the above captioned case are, hereby, **DISMISSED**, without prejudice, with each party to bear its own costs and fees. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

If, after the best value determination, protestor files suit again in this court, the Clerk's Office shall assign the protest to the undersigned and waive the filing fee for the protestor.  The protestor shall reference on the front of the new protest this current protest, Case No. 15-648C, and the undersigned's name.  As the agency had indicated to the court a willingness to delay the notice to proceed until the end of the calendar year in order to resolve the protest, and because the incumbent contractor's contract continues past the end of 2015, the court assumes the agency will continue to wait on issuing any notice to proceed until resolution of any challenges to the solicitation at issue in the above captioned protest.

    **IT IS SO ORDERED.**

                           s/Marian Blank Horn
                         **MARIAN BLANK HORN**
                             **Judge**